UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MATTHEW W. FLUTY,

                          Plaintiff,

          -against-                                        26-CV-1459 (LTS)

JOHN DOE GREEN HAVEN                                     ORDER OF DISMISSAL
CORRECTIONAL OFFICERS #1-4,

                          Defendants.

LAURA TAYLOR SWAIN, Chief United States District Judge:

          By order dated March 23, 2026, the Court directed Plaintiff, within thirty days, to submit

a completed request to proceed *in forma pauperis* ("IFP application") and prisoner authorization

or pay the fees required to file a civil action in this court. That order specified that failure to

comply would result in dismissal of the complaint. Plaintiff has not filed a prisoner authorization

or paid the fees. Accordingly, the complaint is dismissed without prejudice. *See* 28 U.S.C.

§§ 1914, 1915.

          The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would

not be taken in good faith, and therefore IFP status is denied for the purpose of an appeal. *Cf.*

*Coppedge v. United States*, 369 U.S. 438, 444-45 (1962) (holding that an appellant demonstrates

good faith when he seeks review of a nonfrivolous issue).

          The Court directs the Clerk of Court to enter judgment in this case.

SO ORDERED.

Dated:    April 29, 2026
          New York, New York

                                        /s/ Laura Taylor Swain
                                            LAURA TAYLOR SWAIN
                                        Chief United States District Judge